# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALFONSO BANDERAS-MARTINEZ<br>aka Alfonso Martinez-Solorio,<br><br>　　　　Defendant. | CR-15-53-BLG-SPW-CSO-02<br><br>FINDINGS AND<br>RECOMMENDATION OF<br>U.S. MAGISTRATE JUDGE |

　　The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered a plea of guilty to Count II the Superseding Indictment, which charges the crime of possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1).

　　After examining the Defendant under oath, the Court determined:

　　1.  That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offense charged against him;

　　2.  That the Defendant is aware of the nature of the charge against him and the consequences of pleading guilty to the charge;

　　3.  That the Defendant fully understands his pertinent constitutional rights and the extent to which he is waiving those rights

by pleading guilty to the criminal offense charged against him; and

    4. That his plea of guilty to the criminal offense charged against him is knowingly and voluntarily entered, and is supported by independent factual grounds sufficient to prove each of the essential elements of the offense charged.

    The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that Defendant fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true.

    Therefore, I recommend that the Defendant be adjudged guilty of Count II of the Superseding Indictment and that sentence be imposed.

    Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

    DATED this 13th day of October, 2016.

/S/ Carolyn S. Ostby
United States Magistrate Judge