
FILED
SEP 19 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALFONSO BANDERAS-MARTINEZ, <br><br> Defendant. | CR-16-53-BLG-SPW-2 <br><br> ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE MOTION TO CONTINUE SENTENCING UNDER SEAL |

Upon Defendant's Motion for Leave to File Motion to Continue Sentencing Under Seal (Doc. 164), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Continue Sentencing and Deadline for Sentencing Memoranda Under Seal is **GRANTED**. Defendant's Motion to Continue Sentencing is filed under seal.

DATED this 19th day of September, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
DISTRICT COURT JUDGE

1