
FILED
OCT 20 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ALFONSO BANDERAS-MARTINEZ *aka Alfonso Martinez-Solorio*, Defendant. | CR 16-53-BLG-SPW-2 ORDER TO SEAL UNITED STATES' SENTENCING RESPONSE |

Upon the United States' Unopposed Motion to Seal United States' Sentencing Response (Doc. 172), and for good cause shown,

IT IS HEREBY ORDERED that the motion to file United States' sentencing response under seal is GRANTED.

DATED this 20th day of October, 2017.

SUSAN P. WATTERS
United States District Judge

1