FILED

OCT 20 2017

Clerk, U.S. District Court
District Of Montana
Billings



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALFONSO BANDERAS-MARTINEZ,<br><br>Defendant. | CR-16-53-BLG-SPW-2<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S SENTENCING MEMORANDUM UNDER SEAL** |

Upon Defendant's Unopposed Motion for Leave to File Response to Government's Sentencing Memorandum Under Seal (Doc. 173), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion for Leave to File Response to Government's Sentencing Memorandum Under Seal is **GRANTED**. The Defendant's Response to Government's Sentencing Memorandum is filed under seal.

DATED this 20th day of October, 2017.

Susan P. Watters
SUSAN P. WATTERS
DISTRICT COURT JUDGE