

FILED
OCT 24 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-53-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| ALFONSO BANDERAS-MARTINEZ, | |
| Defendant. | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that Sentencing currently scheduled for Thursday, October 26, 2017 at 2:30 p.m. is **VACATED** and **RESET** to commence on **Thursday, November 2, 2017 at 1:30 p.m.**, in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 24th day of October, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1